SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com

**JAMES K. SCHULTZ, ESQ.**
**SESSIONS, FISHMAN, NATHAN & ISRAEL**
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Telephone: (312) 504-3485
jschultz@sessions.legal

Attorneys for Defendant,
Pioneer Credit Recovery, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHNEIDER,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PIONEER CREDIT RECOVERY,<br><br>　　　　　Defendant. | Case No: 2:18-cv-00123-APG-PAL<br><br>**UNOPPOSED MOTION OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1, Defendant Pioneer Credit Recovery, Inc. ("PCR") respectfully requests the Court allow PCR an additional twenty-one (21) days to file pleadings in response to the Complaint. In support of said motion, PCR avers as follows:

　　　　1.　　PCR was served with the Complaint on January 26, 2018. Per Fed. R. Civ. P. 12(a)(1)(A)(i), its answer is due on or before February 16, 2018.

　　　　2.　　PCR is compiling and counsel for PCR is awaiting receipt of additional file materials in order to evaluate the claims and defenses and prepare responsive pleadings.

　　　　3.　　Accordingly, PCR respectfully requests the Court allow an additional twenty-one (21) days or through March 9, 2018 to file responsive pleadings.

///

-1-

4. This motion is timely in that the original time has not expired. This is PCR's *first* extension request and PCR counsel has conferred with counsel for plaintiff and represents that counsel has no objection to this request.

WHEREFORE, PCR moves this Court to enter an Order allowing PCR an extension of time to file responsive pleadings through March 9, 2018.

DATED this 14 day of February, 2018.

LINCOLN, GUSTAFSON & CERCOS, LLP

*Shannon Splaine*
SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169-5968
Attorneys for Defendant,
Pioneer Credit Recovery, Inc.

Finding good cause shown,

IT IS SO ORDERED:

_____
Judge

Dated: February 23, 2018

-2-

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of February, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP